# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

LEE RATZEL

        **Plaintiff,**

    **v.**                                 **Case No.  05C1289**

TERRY GABLE,

        **Defendant.**

---

### DECISION AND ORDER

Plaintiff Lee Ratzel, a <u>pro se</u> litigant, has filed an action under 42 U.S.C. § 1983 alleging that defendant unlawfully restrained him.  Ordinarily, a plaintiff must pay a statutory filing fee of $250 to bring an action in federal court.  28 U.S.C. § 1914(a).  Plaintiff, however, has requested leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915.

Section 1915 is meant to ensure indigent litigants meaningful access to federal courts, <u>Nietzke v. Williams</u>, 490 U.S. 319, 324 (1989), and applies to both nonprisoner plaintiffs and to plaintiffs who are incarcerated, <u>Floyd v. United States Postal Serv.</u>, 105 F.3d 274, 275-77 (6th Cir. 1997) ("[T]he only logical interpretation of the statute is that non-prisoners have the option to proceed in forma pauperis under § 1915(a).").  Under § 1915, an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress."  28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit of indigence.  Upon review of that affidavit, the court is satisfied that plaintiff meets the poverty requirements of 28 U.S.C. § 1915.

Plaintiff is currently a civil detainee and has no monthly income. Moreover, plaintiff does not have any money in savings or other accounts.

**NOW, THEREFORE, IT IS ORDERED** that plaintiff's request to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED**, pursuant to Fed. R. Civ. P. 4(c)(2), that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, and this order upon defendants. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8 per item. The full fee schedule is provided in Revision to United States Marshals Service Fees for Services, 65 Fed. Reg. 47,859, at 47,862 (Aug. 4, 2000) (to be codified at 28 C.F.R. §§ 0.114(a)(2), (a)(3)). Although Congress requires the court to order service by the U.S. Marshals Service precisely because in forma pauperis plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

Plaintiff, however, should provide defendant or his counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated at Milwaukee, Wisconsin this 30 day of December, 2005.

/s_____
LYNN ADELMAN
District Judge

2