UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**LEE RATZEL**
        **Plaintiff,**

    v.                                                                        Case No. 05C1289

**TERRY GABLE**
        **Defendant.**

## ORDER

      Pro se plaintiff Lee Ratzel filed this civil rights complaint under 42 U.S.C. § 1983 alleging that defendant unlawfully restrained him. On March 24, 2006, I issued a scheduling order providing that all discovery was to be completed no later than July 25, 2006, and that dispositive motions were to be filed no later than August 30, 2006. On May 24, plaintiff filed with this court a motion to compel defendant to produce "materials and related evidence" associated with his claim. On August 15, 2006, defendant's counsel sent to this court a letter informing me that plaintiff did not provide defendant with authorization to view his records until July 25, 2006, preventing defendant from responding to several of plaintiff's discovery requests. Both plaintiff and defendant have asked for clarification as to the deadlines for completing discovery and filing dispositive motions.

      Given that the materials relevant to plaintiff's motion appear to be related to a problem that has now been solved, I will deny plaintiff's motion to compel and extend the deadlines for discovery and dispositive motions in this case. If any discovery requests remain disputed after defendant gives plaintiff the records he is now able to access,

plaintiff may resubmit a motion to compel directing me only to those requests that remain disputed.

**THEREFORE,**

**IT IS HEREBY ORDERED** that plaintiff's motion to compel discovery is **DENIED**.

**IT IS FURTHER ORDERED** that the length of discovery shall be extended so that all requests for discovery shall be served by a date sufficiently early so that all discovery is completed no later than **September 25, 2006**.

**IT IS ADDITIONALLY ORDERED** that the deadline for filing dispositive motions shall be extended so that all motions to dismiss and motions for summary judgment, together with briefs, are to be filed no later than **October 30, 2006**.

Dated at Milwaukee, Wisconsin this 22 day of August, 2006.

/s_____
LYNN ADELMAN
District Judge

2

Case 2:05-cv-01289-WCG   Filed 08/22/06   Page 2 of 2   Document 27